# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-0896

———————————————

ROBERT PANN,

Appellant,

v.

JULIAN ULMER,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

December 19, 2023

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Robert Pann, pro se, Appellant.

Michael Farrar of Michael J. Farrar, P.A., Doral, for Appellee.